IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| ROBERT SCHWEIKERT, | CASE NO. 3:16-CV-00072 |
|---|---|
| *Plaintiff,* | |
| v. | ORDER |
| MARK R. HERRING, *ET AL.*, | |
| *Defendants.* | JUDGE NORMAN K. MOON |

This matter is before the Court upon Defendants' Motion to Dismiss. (Dkt. 18). For the reasons stated in the accompanying memorandum opinion, Defendants' Motion to Dismiss is **GRANTED**. The case is hereby **DISMISSED with prejudice** and **STRICKEN** from the active docket of the Court.

The Clerk of the Court is hereby directed to send a certified copy of this Order to Plaintiff, Defendants, and all counsel of record.

Entered this  2nd  day of December, 2016.

_____
NORMAN K. MOON
UNITED STATES DISTRICT JUDGE

1